UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HILDA EDWARDS, ET AL.

VERSUS

LIBERTY MUTUAL INSURANCE
COMPANY, ET AL.

CIVIL ACTION

NO. 15-19-SDD-SCR

## RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated April 17, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[3] filed by Plaintiffs, Hilda and Arthur Edwards, is denied.

Baton Rouge, Louisiana the 15 day of May, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-1.
[2] Rec. Doc. 21.
[3] Rec. Doc. 8.