UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HILDA EDWARDS, ET AL.

VERSUS

LIBERTY MUTUAL
INSURANCE COMPANY, ET AL.

CIVIL ACTION

NO. 15-0019-SDD-SCR

### RULING

Local rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion.

In the present case, a *Motion for Summary Judgment*[1] was electronically filed by Defendant, St. Farm Mutual Automobile Insurance Company, on February 19, 2015. A review of the record shows that more than twenty-one (21) days have elapsed since the electronic service of this Motion, and no memorandum in opposition has been submitted to date.

Therefore, this Motion is deemed to be unopposed and further, after reviewing the record, the Court finds that the Motion has merit. Accordingly,

**IT IS HEREBY ORDERED** that the *Motion for Summary Judgment* is GRANTED and Defendant, State Farm Mutual Automobile Insurance Company, is dismissed from these proceedings without prejudice.

Any response to this *Ruling*, based on the appropriate Federal Rule of Civil Procedure, shall be filed within fourteen (14) days and must be accompanied by an opposition memorandum to the original Motion[2].

---

[1] Rec. Doc. 9.
[2] If no response to this *Ruling* is filed within fourteen (14) days, this dismissal is converted to a dismissal with prejudice.

On review of the pleadings filed along with the opposition, the Court, at its discretion, may assess costs, including attorney's fees, against the moving party, if the Court deems that such a motion was unnecessary had a timely opposition memorandum been filed[3]. A statement of costs conforming to L.R. 54(c) shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than seven (7) days prior to the hearing on the newly filed motion.

Baton Rouge, Louisiana the _1_ day of June, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[3] See Fed. R. Civ. P. 16, 83.